UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MIRACLE SURROGACY, LLC,
a Florida limited liability company,
MIRACLE SURROGACY OF MEXICO, LLC
a Florida limited liability company, and
BRIAN YADEN LUNA,
an individual

    Plaintiffs,

vs.

NAIAH NIKOLE MONELLO-FUENTES,
an individual

    Defendant.

_____/

## COMPLAINT

  Plaintiffs Miracle Surrogacy, LLC ("Miracle Surrogacy"), Miracle Surrogacy of Mexico, LLC ("Miracle Surrogacy of Mexico"), and Brian Yaden Luna ("Luna") hereby sues Naiah Nikole Figueroa Fuentes ("Fuentes"), and alleges, as follows:

## JURISDICTION AND VENUE

  1. This action is for damages, the principal amount of which exceeds $75,000.00, exclusive of interest, costs, and attorneys' fees.

  2. Miracle Surrogacy is a limited liability company, organized and existing under the laws of the state of Florida, with a principal place of business in Miami-Dade County, Florida.

1

3. Miracle Surrogacy of Mexico is a limited liability company, organized and existing under the laws of the state of Florida, with a principal place of business in Miami-Dade County, Florida.

4. Yaden is a resident of Miami-Dade County, Florida.

5. Miracle Surrogacy and Miracle Surrogacy of Mexico's members are citizens and residents of the State of Florida, or alternatively, none are residents of the State of Nevada.

6. Figueroa is a resident of Las Vegas, Nevada.

7. This Court has subject matter jurisdiction over this Action pursuant to 28 U.S.C. § 1332(a) as the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

8. Venue is proper in Miami-Dade County, Florida under 28 U.S.C. § 1391(b)(2).

## COMMON FACTUAL ALLEGATIONS

9. Miracle Surrogacy and Miracle Surrogacy of Mexico are fertility agencies assisting families through the surrogacy process, and are primarily owned and operated, *inter alia*, by Brian Yaden Luna ("Yaden"). Neither company performs any medical services.

10. Miracle Surrogacy conducts business in Florida and assists its sister agency, Miracle Surrogacy of Mexico, which is also a Florida limited liability company that conducts some parts of its business in Mexico.

11. On or about December 23, 2023, Fuentes engaged the agency services of Miracle Surrogacy and Miracle Surrogacy of Mexico to conceive a child via the use of an anonymous egg donor, the sperm of Fuentes' partner to fertilize the egg donor's egg, and a surrogate to carry the embryo to term. No medical services were performed by Miracle Surrogacy or Miracle Surrogacy of Mexico in any part of the genetic collection (sperm or egg), conception, and surrogacy.

12. In providing these agency services, Miracle Surrogacy and Miracle Surrogacy of Mexico conducted the non-medical portions of the surrogacy process. Due to Miracle Surrogacy and Miracle Surrogacy of Mexico's role, which is non-medical in nature and in scope, at no time did either entity guarantee satisfaction with the medical services or any medical outcomes related to the surrogacy journey.

13. After the surrogacy journey was completed, Fuentes received the surrogate baby and thereafter, began manufacturing libelous statements, based on unfounded allegations that the baby conceived through surrogacy is in no way biologically related to Fuentes nor Fuentes' partner. It is important to note that at no point did Fuentes provide any genetic material and as such, prior to the surrogacy journey, Fuentes knew that the child in question would not be genetically related to Fuentes.

14. On or about March 28, 2025, Fuentes published the first of the false statements relating to Miracle Surrogacy and Miracle Surrogacy of Mexico on Facebook.com, which is widely accessible by the public, and individuals in Florida. Specifically, Fuentes created a Facebook group named "Justice for Baby Emma: Hold Miracle Surrogacy Accountable." The Facebook group was allegedly created to seek justice against Miracle Surrogacy as a result of being "misled, denied access to basic medical records, and ultimately [being] handed a child who is not biologically ours." *A true and correct copy of the Facebook group description is attached hereto as **Exhibit "A."***

15. Fuentes' libelous statements were clearly intended to affect Miracle Surrogacy's business operations in Florida as the libelous statements were directed at potential clients and business partners in Florida, wherein Miracle Surrogacy and Miracle Surrogacy of Mexico operate.

16. The foregoing statements are false as Miracle Surrogacy and Miracle Surrogacy of Mexico are not engaged in practices based on misrepresentation.

17. Thereafter, on or around March 31, 2025, Fuentes began manufacturing slanderous statements, again associated with unfounded allegations that the baby in question is not biologically related to Fuentes nor Fuentes' partner.

18. Such slanderous statements are being uploaded to YouTube.com, where Fuentes has over eighteen thousand (18,000) subscribers.

19. To date, Fuentes has uploaded three (3) videos centered around slanderous statements against Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden. *A true and correct copy of Fuentes' Youtube page reflecting the three related videos are attached hereto as **Exhibit "B."***

20. All three (3) videos refer to Miracle Surrogacy and Miracle Surrogacy of Mexico in their content, but the video titled "President: Claudia Sheinbaum" takes it a step further and specifically addresses Yaden.

21. Moreover, Fuentes specifically targets Florida stating that the baby in question was conceived through "a Florida based limited liability company, Miracle Surrogacy."

22. Fuentes makes several defamatory statements including but not limited to stating that Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden took part in "gross negligence and potential medical malpractice", is "responsible for the creation of hundreds of babies without verifying they are biologically related to the intended parents who hire them", that Fuentes is "aware of another case where another couple's embryo was implanted incorrectly", that they are "human trafficking" and that Fuentes was "pressured to continue a process built on deception."

23. In the same video, Fuentes acknowledges that it has been communicated that such grave statements "would unfairly damage [Miracle Surrogacy and Miracle Surrogacy of Mexico's] reputation." *A true and correct composite of screenshots of the Youtube video concerning the various foregoing statements are attached hereto as **Exhibit "C."***

24. Moreover, in one of the Youtube videos, Fuentes further individually damages Yaden's reputation. *A true and correct screenshot of Fuentes' response to a Youtube comment is attached hereto as **Exhibit "D."***

25. The foregoing statements are entirely false as Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden do not engage in human trafficking, gross negligence, medical malpractice, and assisting in the creation of incorrect genetics, nor does it act in any manner that would justify such statements. Such slander misrepresents Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's actions and reputation and is entirely false.

26. Fuentes has made such false statements with actual malice and recklessness, or at the very least, negligence. Fuentes acted with disregard for the truth in failing to verify and provide evidence of the various statements prior to their publication, even though Fuentes knew or should have known that such false statements would harm Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's reputation.

27. Such statements were made with the intent of harming Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's reputation and professional standing in their industry and in the Florida market, where Miracle Surrogacy and Miracle Surrogacy of Mexico are based. Fuentes knew or should have known that the statements would be understood by readers and/or viewers in Florida as defamatory.

28. Fuentes' false statements were widely disseminated and had a particularly damaging effect on Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's reputation.

29. Following the publication of the various defamatory statements, Miracle Surrogacy and Miracle Surrogacy of Mexico's business relationships were disrupted.

30. Additionally, Fuentes' false statements have already reached two potential clients who were in the process of beginning their surrogacy journey with Miracle surrogacy and Miracle Surrogacy of Mexico but as a result of Fuentes' false statements, such potential clients have publicly announced in reply to the Facebook group, that they are refusing to do business with Miracle Surrogacy. *A true and correct composite of screenshots of the publications of loss of business are attached hereto as **Exhibit "E."***

31. Furthermore, under knowledge and belief, Fuentes is in the process of further disseminating false statements related to Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden via television networks, additional YouTube videos, and other platforms.

32. As a direct and proximate cause of Fuentes' defamatory statements, Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden have been damaged, including but not limited to their reputation and disruption of their business relationships and subjecting them to ridicule, hatred, and contempt.

33. Given the foregoing, Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden have been required to retain the undersigned law firm and agreed to pay a reasonable fee for its services.

34. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## COUNT I
## DEFAMATION

35. Plaintiffs reallege paragraphs 1-34 in support of this count.

36. Plaintiffs bring this count against Defendant for defamation.

37. Defendant published false statements about Plaintiffs on Facebook.com and YouTube.com.

38. Such false statements made on Facebook.com and YouTube.com are false as Plaintiffs have not engaged in the behavior described in Defendant's various statements.

39. The various statements were made recklessly or at a minimum, negligently, as Defendant failed to investigate or verify the truth of such statements before making them.

40. As a direct and proximate cause of the slanderous and libelous statements, Plaintiffs suffered actual damage, including but not limited to Plaintiffs' reputation, loss of business relationships, and business opportunities.

41. The statements Defendant published are defamatory as they falsely accuse Plaintiffs of, *inter alia*, human trafficking, medical malpractice, gross negligence, and hundreds of cases wherein the children conceived through Miracle Surrogacy and Miracle Surrogacy of Mexico's do not have the anticipated genetic DNA.

**WHEREFORE**, Plaintiffs demand the entry of final judgment in their favor and against Defendant for compensatory damages, punitive damages, interest, costs, an injunction requiring Defendant to remove and retract the defamatory statements, and such other relief as this Court deems just and proper.

Dated: April 4, 2025

Respectfully submitted,

**Ontier Miami, PLLC**
201 S. Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 305.913.8989
Facsimile: 786.808.4312
Email: jtriana@ontier.net
      jerosen@ontier.net

By: *s/Jason E. Rosen*
JASON E. ROSEN, ESQ.
Florida Bar No.: 96118
JENNIFER TRIANA, ESQ.
Florida Bar No.: 1026067

*Counsel for Plaintiffs*
*Miracle Surrogacy, LLC,*
*Miracle Surrogacy of Mexico, LLC and*
*Brian Yaden Luna*