UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21575-BLOOM/ ELFENBEIN

MIRACLE SURROGACY, LLC,
a Florida limited liability company,
MIRACLE SURROGACY OF MEXICO, LLC
a Florida limited liability company, and
BRIAN YADEN LUNA,
an individual

       Plaintiffs,

vs.

NAIAH NIKOLE MONELLO-FUENTES,
an individual, and
AYMERIC MONELLO,
an individual

       Defendants.

_____/

## AMENDED COMPLAINT

Plaintiffs Miracle Surrogacy, LLC ("Miracle Surrogacy"), Miracle Surrogacy of Mexico, LLC ("Miracle Surrogacy of Mexico"), and Brian Yaden Luna ("Luna") hereby sue Naiah Nikole Figueroa Fuentes ("Fuentes") and Aymeric Monello ("Monello"), and allege, as follows:

### JURISDICTION AND VENUE

1. This action is for damages, the principal amount of which exceeds $75,000.00, exclusive of interest, costs, and attorneys' fees.

2. Miracle Surrogacy is a limited liability company, organized and existing under the laws of the state of Florida, with a principal place of business in Miami-Dade County, Florida.

1

3. Miracle Surrogacy of Mexico is a limited liability company, organized and existing under the laws of the state of Florida, with a principal place of business in Miami-Dade County, Florida.

4. Yaden is a resident of Miami-Dade County, Florida.

5. Miracle Surrogacy and Miracle Surrogacy of Mexico's members are citizens and residents of the State of Florida, or alternatively, none are residents of the State of Nevada.

6. Figueroa is a resident of Las Vegas, Nevada.

7. Monello is a resident of Las Vegas, Nevada.

8. This Court has subject matter jurisdiction over this Action pursuant to 28 U.S.C. § 1332(a) as the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

9. Venue is proper in Miami-Dade County, Florida under 28 U.S.C. § 1391(b)(2).

## COMMON FACTUAL ALLEGATIONS

10. Miracle Surrogacy and Miracle Surrogacy of Mexico are fertility agencies assisting families through the surrogacy process, and are primarily owned and operated, *inter alia*, by Brian Yaden Luna ("Yaden"). Neither company performs any medical services.

11. Miracle Surrogacy conducts business in Florida and assists its sister agency, Miracle Surrogacy of Mexico, which is also a Florida limited liability company that conducts some parts of its business in Mexico.

12. On or about December 23, 2023, Fuentes and Monello engaged the agency services of Miracle Surrogacy and Miracle Surrogacy of Mexico to conceive a child via the use of an anonymous egg donor, the sperm of Monello to fertilize the egg donor's egg, and a surrogate to carry the embryo to term. No medical services were performed by Miracle Surrogacy or Miracle

Surrogacy of Mexico in any part of the genetic collection (sperm or egg), conception, and surrogacy.

13. In providing these agency services, Miracle Surrogacy and Miracle Surrogacy of Mexico conducted the non-medical portions of the surrogacy process. Due to Miracle Surrogacy and Miracle Surrogacy of Mexico's roles, which are non-medical in nature and in scope, at no time did either entity guarantee satisfaction with the medical services, or any medical outcomes related to the surrogacy journey.

14. After the surrogacy journey was completed, Fuentes and Monello received the surrogate baby and thereafter, they alleged that an at home DNA test was performed on the surrogate baby which showed that Monello was in no way related to the baby. At no time has there been any independent verification of such a serious accusation.

15. Shortly thereafter, Fuentes began manufacturing libelous statements. Specifically, that the baby conceived through surrogacy is in no way biologically related to Fuentes nor Monello. It is important to note that at no point did Fuentes provide any genetic material and as such, prior to the surrogacy journey, Fuentes knew that the child in question would not be genetically related to Fuentes.

16. On or about March 28, 2025, Fuentes published the first of the false statements relating to Miracle Surrogacy and Miracle Surrogacy of Mexico on Facebook.com, which is widely accessible by the public, and individuals in Florida. Specifically, Fuentes created a Facebook group named "Justice for Baby Emma: Hold Miracle Surrogacy Accountable" (the "Facebook Group"). The Facebook Group was allegedly created to seek justice against Miracle Surrogacy as a result of being "misled, denied access to basic medical records, and ultimately [being] handed a child

who is not biologically ours." *A true and correct copy of the Facebook Group description is attached hereto as **Exhibit "A."***

17. Fuentes' libelous statements were clearly intended to affect Miracle Surrogacy's business operations in Florida as the libelous statements were directed at potential clients and business partners in Florida, wherein Miracle Surrogacy and Miracle Surrogacy of Mexico operate.

18. The foregoing statements are false as Miracle Surrogacy and Miracle Surrogacy of Mexico are not engaged in practices based on misrepresentation.

19. Thereafter, on or around March 31, 2025, Fuentes began manufacturing slanderous statements, again associated with allegations that the baby in question is neither biologically related to Fuentes nor Monello.

20. Such slanderous statements are being uploaded to YouTube.com, where Fuentes has over eighteen thousand (18,000) subscribers.

21. To date, Fuentes has uploaded five (5) videos centered around slanderous statements against Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden. *A true and correct copy of Fuentes' YouTube page reflecting the five related videos are attached hereto as **Exhibit "B."***

22. All five (5) videos refer to Miracle Surrogacy and Miracle Surrogacy of Mexico in their content, but the video titled "President: Claudia Sheinbaum" takes it a step further and specifically addresses Yaden.

23. Moreover, Fuentes specifically targets Florida stating that the baby in question was conceived through "a Florida based limited liability company, Miracle Surrogacy."

24. Fuentes makes several defamatory statements including but not limited to stating that Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden took part in "gross negligence

and potential medical malpractice", are "responsible for the creation of hundreds of babies without verifying they are biologically related to the intended parents who hire them", that Fuentes is "aware of another case where another couple's embryo was implanted incorrectly", that they are "human trafficking" and that Fuentes was "pressured to continue a process built on deception."

25. In the same video, Fuentes acknowledges that it has been communicated that such grave statements "would unfairly damage [Miracle Surrogacy and Miracle Surrogacy of Mexico's] reputation." *A true and correct composite of screenshots of the YouTube video concerning the various foregoing statements are attached hereto as **Exhibit "C."***

26. Moreover, in one of the YouTube videos, Fuentes further individually damages Yaden's reputation. *A true and correct screenshot of Fuentes' response to a YouTube comment is attached hereto as **Exhibit "D."***

27. The foregoing statements are entirely false as Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden do not engage in human trafficking, gross negligence, medical malpractice, and assisting in the creation of incorrect genetics, nor does it act in any manner that would justify such statements. Such slander misrepresents Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's actions and reputation and is entirely false.

28. In the most recent video uploaded, Fuentes shares a story which insinuates that a former employee of Miracle Surrogacy of Mexico informed Fuentes that they had been asked to "alter medical records and when they refused[,] they believe the records were still changed." *A true and correct copy of the screenshots of the statement is attached hereto as **Exhibit "E."***

29. Other platforms where the false statements are being disseminated include, but are not limited to, Instagram.com as Fuentes created an Instagram account directly using Miracle

5

Surrogacy's name, called "miracle surrogacy nightmare." *A true and correct copy of the Instagram is attached hereto as **Exhibit "F."***

30. Additionally, on April 8, 2025, as an administrator of the Facebook Group, Monello joined Fuentes in disseminating slanderous statements.

31. Specifically, Monello published on the Facebook Group false statements stating, *inter alia*, that Miracle Surrogacy is engaging in "child laundering." *A true and correct copy of the screenshot of the statement is attached hereto as **Exhibit "G."***

32. Fuentes and Monello are also using the Facebook Group to falsely accuse Miracle Surrogacy and Miracle Surrogacy of Mexico of being a "scam." *A true and correct screenshot of the Facebook Group being used to insinuate "scam" practices is attached hereto as **Exhibit "H."***

33. Fuentes and Monello have made such false statements with actual malice and recklessness, or at the very least, negligence. Fuentes and Monello acted with disregard for the truth in failing to verify and provide evidence of the various statements prior to their publication, even though they knew or should have known that such false statements would harm Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's reputation.

34. Such statements were made with the intent of harming Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's reputation and professional standing in their industry and in the Florida market, where Miracle Surrogacy and Miracle Surrogacy of Mexico are based. Fuentes and Monello knew or should have known that the statements would be understood by readers and/or viewers in Florida as defamatory.

35. Fuentes and Monello's false statements were widely disseminated and had a particularly damaging effect on Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden's reputation.

36. Following the publication of the various defamatory statements, Miracle Surrogacy and Miracle Surrogacy of Mexico's business relationships were disrupted.

37. Additionally, Fuentes' false statements have already reached two potential clients who were in the process of beginning their surrogacy journey with Miracle surrogacy and Miracle Surrogacy of Mexico but as a result of Fuentes' false statements, such potential clients have publicly announced in reply to the Facebook Group, that they are refusing to do business with Miracle Surrogacy. *A true and correct copy of screenshots of the publications of loss of business are attached hereto as **Exhibit "I."***

38. Furthermore, under knowledge and belief, Fuentes is in the process of further disseminating false statements related to Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden via television networks, additional YouTube videos, and other platforms.

39. As a direct and proximate cause of Fuentes' defamatory statements, Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden have been damaged, including but not limited to their reputation and disruption of their business relationships and subjecting them to ridicule, hatred, and contempt.

40. Given the foregoing, Miracle Surrogacy, Miracle Surrogacy of Mexico, and Yaden have been required to retain the undersigned law firm and agreed to pay a reasonable fee for its services.

41. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## COUNT I
## DEFAMATION

42. Plaintiffs reallege paragraphs 1-41 in support of this count.

43. Plaintiffs bring this count against both Defendants for defamation.

44. Defendants published false statements about Plaintiffs, *inter alia*, on Facebook, Instagram, and YouTube.

45. Such false statements made on Facebook, Instagram, and YouTube are false as Plaintiffs have not engaged in the behavior described in Defendants' various statements.

46. The various statements were made recklessly or at a minimum, negligently, as Defendants failed to investigate or verify the truth of such statements before making them.

47. As a direct and proximate cause of the slanderous and libelous statements, Plaintiffs suffered actual damage, including but not limited to Plaintiffs' reputation, loss of business relationships, and business opportunities.

48. The statements Defendants published are defamatory as they falsely accuse Plaintiffs of, *inter alia*, human trafficking, child laundering, medical malpractice, gross negligence, scam practices, and hundreds of cases wherein the children conceived through Miracle Surrogacy and Miracle Surrogacy of Mexico's do not have the anticipated genetic DNA.

**WHEREFORE**, Plaintiffs demand the entry of final judgment in their favor and against Defendants for compensatory damages, punitive damages, interest, costs, an injunction requiring Defendants to remove and retract the defamatory statements, and such other relief as this Court deems just and proper.

Dated: April 10, 2025                           Respectfully submitted,

**Ontier Miami, PLLC**
201 S. Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 305.913.8989
Facsimile: 786.808.4312
Email: jtriana@ontier.net
          jerosen@ontier.net

By:     *s/Jason E. Rosen*
        JASON E. ROSEN, ESQ.
        Florida Bar No.: 96118
        JENNIFER TRIANA, ESQ.
        Florida Bar No.: 1026067

*Counsel for Plaintiffs*
*Miracle Surrogacy, LLC,*
*Miracle Surrogacy of Mexico, LLC and*
*Brian Yaden Luna*