**EXHIBIT "A"**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-21575-BLOOM/Elfenbein**

MIRACLE SURROGACY, LLC,
a Florida limited liability company,
MIRACLE SURROGACY OF MEXICO, LLC
a Florida limited liability company, and
BRIAN YADEN LUNA,
an individual

        Plaintiffs,

vs.

NAIAH NIKOLE MONELLO-FUENTES,
an individual, and AYMERIC MONELLO,
an individual

        Defendants.

_____/

**AFFIDAVIT OF BRIAN YADEN LUNA, INDIVIDUALLY, AND ON BEHALF OF
MIRACLE SURROGACY, LLC, AND MIRACLE SURROGACY OF MEXICO, LLC,
IN SUPPORT OF EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER**

**BEFORE ME**, the undersigned, personally appeared, Brian Yaden Luna, individually, and

on behalf of Miracle Surrogacy, LLC, and Miracle Surrogacy of Mexico, LLC, who upon being

duly sworn, deposes and states, as follows:

    1.    My name is Brian Yaden Luna, and I am over the age of eighteen and otherwise *sui

juris.*

    2.    I make this affidavit individually, and as the majority owner of Miracle Surrogacy,

LLC ("Miracle Surrogacy") and Miracle Surrogacy of Mexico, LLC ("Miracle Surrogacy of

Mexico"), I make this affidavit on Miracle Surrogacy and Miracle Surrogacy of Mexico's behalf.

1

3.     I submit this affidavit in support of the Expedited Motion for Temporary Restraining Order.

4.     Miracle Surrogacy and Miracle Surrogacy of Mexico are fertility agencies assisting families through the surrogacy process. Neither company performs any medical services.

5.     On or about December 23, 2023, Naiah Nikole Monello-Fuentes ("Fuentes") and Aymeric Monello ("Monello") engaged the agency services of Miracle Surrogacy and Miracle Surrogacy of Mexico to conceive a child via the use of an anonymous egg donor, the sperm of Monello to fertilize the egg donor's egg, and a surrogate to carry the embryo to term. No medical services were performed by Miracle Surrogacy or Miracle Surrogacy of Mexico in any part of the genetic collection (sperm or egg), conception, and surrogacy.

6.     In providing these agency services, Miracle Surrogacy and Miracle Surrogacy of Mexico conducted the non-medical portions of the surrogacy process. Due to Miracle Surrogacy and Miracle Surrogacy of Mexico's role, which is non-medical in nature and in scope, at no time did either entity guarantee satisfaction with the medical services, or any medical outcomes related to the surrogacy journey.

7.     After the surrogacy journey was completed, Fuentes and Monello received the surrogate baby and thereafter, began manufacturing libelous statements, based on allegations that the baby conceived through surrogacy is in no way biologically related to Fuentes nor Monello. It is important to note that at no point did Fuentes provide any genetic material and as such, prior to the surrogacy journey, Fuentes knew that the child in question would not be genetically related to Fuentes.

8.     I directly communicated with Fuentes and Monello regarding such concerns. Although we do not guarantee any outcomes, out of goodwill, I communicated to Fuentes and

2

Monello that the agencies were willing to assist in conceiving another child free of charge. While Miracle Surrogacy and Miracle Surrogacy of Mexico did not guarantee satisfaction, I, on behalf of the agencies made a good faith effort to attempt and make peace with Fuentes and Monello.

9.      Fuentes and Monello refused and instead demanded that we pay the child in question's entire expenses until she turns eighteen. Fuentes and Monello made it clear that if we did not comply with such demands, Fuentes and Monello would ultimately ruin my name, along with Miracle Surrogacy, and Miracle Surrogacy of Mexico.

10.      Failing to meet their outrageous demands, Fuentes and Monello initiated the goal to in essence, "ruin" Miracle Surrogacy, Miracle Surrogacy of Mexico, and myself.

11.      On or about March 28, 2025, Fuentes published the first of the false statements relating to Miracle Surrogacy and Miracle Surrogacy of Mexico on Facebook.com, which is widely accessible by the public, and individuals in Florida. Specifically, Fuentes created a Facebook group named "Justice for Baby Emma: Hold Miracle Surrogacy Accountable." The Facebook group was allegedly created to seek justice against Miracle Surrogacy as a result of being "misled, denied access to basic medical records, and ultimately [being] handed a child who is not biologically ours." *A true and correct copy of the Facebook group description is attached hereto as **Exhibit "A."***

12.      Fuentes' libelous statements were clearly intended to affect Miracle Surrogacy's business operations as Miracle Surrogacy and Miracle Surrogacy of Mexico are not engaged in practices based on misrepresentation, and such statements appear to be in retaliation for failing to comply with Fuentes' outrageous demands.

13.     Thereafter, on or around March 31, 2025, Fuentes began manufacturing slanderous statements, again associated with allegations that the baby in question is not biologically related to Fuentes. She also made allegations that the baby in question was not related to Monello.

14.     Such slanderous statements are being uploaded to YouTube.com, where Fuentes has over eighteen thousand (18,000) subscribers.

15.     To date, Fuentes has uploaded five (5) videos centered around slanderous statements against Miracle Surrogacy, Miracle Surrogacy of Mexico, and me. *A true and correct copy of Fuentes' Youtube page reflecting the five related videos are attached hereto as Exhibit "B."*

16.     I've personally watched all five videos, which all refer to Miracle Surrogacy and Miracle Surrogacy of Mexico in their content.

17.     Additionally, the video titled "President: Claudia Sheinbaum" names me individually.

18.     In this video, Fuentes makes several defamatory statements including but not limited to stating that Miracle Surrogacy,  Miracle Surrogacy of Mexico, and myself took part in "gross negligence and potential medical malpractice", are "responsible for the creation of hundreds of babies without verifying they are biologically related to the intended parents who hire them", that Fuentes is "aware of another case where another couple's embryo was implanted incorrectly", that they are  "human trafficking" and that Fuentes was "pressured to continue a process built on deception."

19.     In the same video, Fuentes acknowledges that it has been communicated that such grave statements "would unfairly damage [Miracle Surrogacy and Miracle Surrogacy of Mexico's]

4

reputation." *A true and correct composite of screenshots of the Youtube video concerning the various foregoing statements are attached hereto as **Exhibit "C."***

20.     Moreover, in one of the Youtube videos, Fuentes further individually damages my personal reputation by specifically naming me in a comment. *A true and correct screenshot of Fuentes' response to a Youtube comment is attached hereto as **Exhibit "D."***

21.     The foregoing statements are entirely false as Miracle Surrogacy, Miracle Surrogacy of Mexico, and I do not engage in human trafficking, gross negligence, medical malpractice, and assisting in the creation of incorrect genetics, nor do we act in any manner that would justify such statements. Such slander misrepresents Miracle Surrogacy, Miracle Surrogacy of Mexico, and my individual actions and reputations, and are entirely false.

22.     In the most recent uploaded video, Fuentes shares a story which insinuates that a former employee of Miracle Surrogacy of Mexico informed Fuentes that they had been asked to "alter medical records and when they refused[,] they believe the records were still changed." *A true and correct copy of the screenshots of the statement is attached hereto as **Exhibit "E."***

23.     However, the false statements did not stop there. Fuentes also initiated a thread on Reddit.com titled "Mexico Surrogacy: Miracle Surrogacy Nightmare." The thread particularly calls on specific individuals to exploit Miracle Surrogacy and Miracle Surrogacy Mexico and to damage their business stating, if you are "a lawyer, a journalist, a lawmaker, a parent considering surrogacy, please help us. Please share this." *A true and correct copy of the reddit post is attached hereto as **Exhibit "F."***

24.     Fuentes also ensured to post false statements directly on Miracle Surrogacy and Miracle Surrogacy of Mexico's review section on Google.com. The post, *inter alia*, states "[w]e

were given a baby that was not ours." *A true and correct copy of the Google review is attached hereto as **Exhibit "G."***

25.    However, Fuentes did not stop there. Fuentes created an Instagram account directly using Miracle Surrogacy's name, called "miracle surrogacy nightmare." *A true and correct copy of the Instagram account is attached hereto as **Exhibit "H."***

26.    Thereafter, on April 8, 2025, as an administrator of the Facebook Group, Monello joined Fuentes in disseminating slanderous statements.

27.    Specifically, Monello published on the Facebook Group false statements stating, *inter alia*, that Miracle Surrogacy is engaging in "child laundering." *A true and correct copy of the screenshot of the statement is attached hereto as **Exhibit "I."***

28.    Fuentes and Monello are also using the Facebook Group to falsely accuse Miracle Surrogacy and Miracle Surrogacy of Mexico of being a "scam." *A true and correct screenshot of the Facebook Group being used to insinuate "scam" practices is attached hereto as **Exhibit "J."***

29.    Again, such statements are entirely false as Miracle Surrogacy and Miracle Surrogacy of Mexico are not involved in child laundering and scam practices, or any conduct that would warrant such egregious accusations. Such slander misrepresents Miracle Surrogacy, Miracle Surrogacy of Mexico actions and reputations, and is entirely false.

30.    I have personally witnessed that following the publication of the various defamatory statements, Miracle Surrogacy and Miracle Surrogacy of Mexico's business relationships were disrupted. Additionally, my own relationships have been disrupted.

31.    In addition to other strained business relationships, Fuentes' and Morello's false statements have already reached two potential clients who were in the process of beginning their surrogacy journey with Miracle surrogacy and Miracle Surrogacy of Mexico but as a result of the

false statements, such potential clients have publicly announced in replies to the Facebook group, that they are refusing to do business with Miracle Surrogacy. *A true and correct composite of screenshots of the publications of loss of business are attached hereto as **Exhibit K.**"*

32.     Fuentes and Morello have made such false statements with actual malice and recklessness, or at the very least, negligence. Fuentes and Monello acted with disregard for the truth in failing to verify such egregious publications such as human trafficking and child laundering prior to their publication, even though they knew or should have known that such false statements would harm Miracle Surrogacy, Miracle Surrogacy of Mexico, and my individual reputation.

33.     Finally, on March 28, 2025, Fuentes and Monello sent me an email threatening that if Miracle Surrogacy, Miracle Surrogacy of Mexico, and myself do not assist in raising the child in question, they will "use every channel—news media, government agencies, social media… [w]e have no fear of consequences...". *A true and correct copy of the email chain is attached hereto as* ***Exhibit "L."***

34.     I fear that if Miracle Surrogacy, Miracle Surrogacy of Mexico, and myself do not give into such outrageous demands, the false statements will only heighten.

35.     To date, Fuentes and Monello continue engaging in disseminating false statements, causing irreparable harm to Miracle Surrogacy, Miracle Surrogacy Mexico, and myself, and have not shown any signs of stopping.

36.     Given the circumstances, I believe Fuentes and Monello will not only continue disseminating such false statements but also, such false statement will exacerbate in content and in the different types of media outlets and platforms, causing further irreparable harm to Miracle Surrogacy, Miracle Surrogacy of Mexico, and to myself.

**FURTHER AFFIANT SAYETH NAUGHT.**

BRIAN YADEN LUNA

STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

BEFORE ME, on this _10th_ day of April 2025, the undersigned authority,

personally appeared, Brian Yaden Luna, [ ] who is personally known to me or [X] who produced

_FL Driver's Lis_ as identification, and says under penalty of perjury that his affidavit

is true, complete and accurate.

LUIS F. RIVAS
Commission # HH 385562
Expires April 11, 2027

NOTARY PUBLIC, State of Florida at Large

_Luis Rivas_

PRINT NAME

My commission expires: _April 11th, 2027_

8

**EXHIBIT "A"**

11:41

<

**Naiah Nikole** updated the description.

◆ Admin · 3d · 🌐

Justice for Baby Emma: Hold Miracle Surrogacy Accountable

This group is for families, advocates, and allies seeking justice after a heartbreaking surrogacy experience involving Miracle Surrogacy LLC. We were promised a safe, transparent process — but instead were misled, denied access to basic medical records, and ultimately handed a child who is not biologically ours. Miracle Surrogacy refuses to take accountability and offered us a new journey only in exchange for our silence.

We are here to:
 • Share the full truth about what happened to Baby Emma
 • Demand answers about the fate of our embryos
 • Connect with others who may have had similar experiences
 • Push for legal, media, and government action to protect families and surrogates alike

If you're a lawyer, journalist, lawmaker, or affected family — join us. Emma deserves the truth. So do we. #miraclesurrogacy #advancedfertilitycentercancun #surrogacymexico #cancunsurrogacy #justiceforemma

_____

Justicia para la Bebé Emma: Que Miracle Surrogacy Rinda Cuentas

 Home    Friends    Video    Dating    Notifications    Menu

**EXHIBIT "B"**



La Verdad está en los Archivos Médicos
149 views • 1 day ago



Surrogacy Nightmare: The Truth in the Records
261 views • 2 days ago



Miracle Surrogacy & Advanced Fertility Center Cancun Review : Update 1
704 views • 4 days ago



President: Claudia Sheinbaum
1K views • 7 days ago



Miracle Surrogacy Nightmare : Baby NOT Genetically OURS
555 views • 7 days ago



Transsexuals: A Patient For Life
3.5K views • 1 month ago



Surviving Newborn Night Shifts - Our 12 Hour Shift Routine!
2K views • 2 months ago



Surrogacy Mexico: Pregnancy, Surrogate Contact & Birth
3.3K views • 2 months ago



Post Op View | What Is A Woman? | Tea Time With The T-Girls | S01EP5



What TRANSSEXUALS want in a MAN, The MEN who LOVE the girls & More | S01EP4

First Time Going Out As A Woman | Tea Time With The T-Girls | S01EP3
23:46



How It Feels to have Sex with a Post Op

**COMPOSITE EXHIBIT "C"**







Brian Yaden.  This surrogacy company is also registered and operates in Cancun, Merida



what can only be described as
gross negligence and potential medical malpractice: they transferred



and Mexico City.  They have been responsible for the creation of hundreds of babies without verifying that



they are biologically related to the intended parents who hire them.  In partnership







human trafficking, using a Mexican citizen to "create" children and deceive the



and would unfairly damage Miracle's reputation.  Furthermore, publicizing this issue would



Miracle Surrogacy and Brian Yaden's only response has been for us to keep this

12:38 / 15:30

Scroll for details



Fertility Center Cancún, Miracle Surrogacy and Brian Yaden to clarify the facts.    We





**EXHIBIT "D"**

**@naiahnikoleofficial** 3 hours ago

@diakim753 Yeah I read his email and thought... WHAT.... THE.... F....... But then after getting multiple people coming forward to explain to me his Motto... I understood what he acted and responded to this situation the way he did... by he... I mean Brian Yaden.

Reply

**EXHIBIT "E"**





were still
changed

**COMPOSITE EXHIBIT "F"**

13:11 🔕 

◀  **Justice for Baby Emma · Unirte**
✦ Administrador  Naiah Nikole · 3 días · 🌐  •••

 **Margaret Hiland**
This is crazy. I found you on Reddit and clicked your link. I've been researching surrogacies in Mexico and had a consult over the phone on Friday last week. My husband and I are/were super excited. Now I'm so confused.
I have other agencies lined up for video calls... but Miracle was our top choice so far.
I didn't like that he said they don't typically do DNA tests. They also said she has to be single and not married. We were happy to hear that she makes two years salary from carrying a baby.. so we were happy that not only would be getting a child but helping a family as well .
So now what! We can't afford surrogacy in USA. It's insanely expensive. And 99% of the USA agencies we have talked to flat out said they normally work with millionaires.
I know everyone business has bad reviews.. but this is very bad.
I am so lost now. This is heartbreaking.

15 h    **Me gusta    Responder**



**Justice for Baby Emma · Unirte**

⬧ **Administrador**    Naiah Nikole · 3 días · 🌐

· · ·



**Chelsey Gibbs · Seguir**

I am literally beyond sick. I was ready to sign and pay them and ship our last precious embryo from Atlanta to use with their GC. My RE in Atlanta was very concerned about us going this route... my husband was extremely concerned about something like what has happened here happening as well. Since I was facing so much concern from them and basically anyone I opened up to about this I decided to wait a year... now seeing this I am just heart broken and shocked. How is this not human trafficking??? Who are her parents and where are your embryos? Did someone else get your babies and/or your husband's sperm? I am beyond sorry this has happened...the company should be held responsible and there should be criminal charges honestly. Absolutely horrifying.

6 h    **Me gusta**    **Responder**

**EXHIBIT "G"**

 reddit


**New to Reddit?**
Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.



**r/MexicoSurrogacyReview** · 5 days ago
NaiahNikole

## Mexico Surrogacy: Miracle Surrogacy Nightmare

My husband and I spent a long time searching for a surrogacy agency and eventually chose Miracle Surrogacy LLC. They market themselves as a U.S. company to make Intended Parents feel safe — but in reality, it's a shell company. The operation is fully run through a web of LLCs in Mexico, allowing them to shift responsibility and dodge accountability.

We started our journey on 10/03/23. Our first payment of $36,750 was made on 1/2/24. We selected our egg donor, and she began stimulation on 1/11/24, according to Miracle. My husband deposited his sperm on 2/2/24 at Advanced Fertility Center Cancun — a clinic chosen by Miracle. That same day, we paid $1,426 for "embryo glue" to increase implantation success.

Egg retrieval happened on 2/6/24, and the next day, we were told 15 eggs were collected, 14 mature, and 10 fertilized. On 2/13/24, 4 embryos survived and were PGT tested. By 3/1/24, we were told that only 2 embryos were healthy — both male.

We wanted twins, so on 3/4/24 we confirmed we wanted both embryos transferred. On 3/6/24, we were told they were having trouble finding a surrogate. That continued for weeks. Then suddenly, on 4/29/24, a surrogate was assigned and we were told the transfer would happen within a week.

But here's where the timeline starts to break.

On 5/6/24, we signed the surrogate agreement and were told the embryo transfer happened that same day.

Then came the pregnancy updates. On 5/20/24, 14 days after implantation, we were told we were pregnant — after two confirmatory tests. We were cautiously thrilled. On 5/27/24, they said the baby was measuring 5.3 weeks, when by our count, it should've only been 3 weeks post-implantation. When we asked about the discrepancy, we were told embryos developed faster in lab-grown pregnancies — which didn't sit right with us, but we let it go and celebrated.

We named him Max.

On 6/24/24, we were told the baby was now 9 weeks old — again, the math didn't add up. We traveled to Cancun on 9/4/24 to meet our surrogate for the first time — with a Miracle coordinator monitoring the entire meeting. We were never allowed direct communication with our surrogate or doctors throughout the journey.

Then, the bombshell: the surrogate told us the baby was a girl.

We had already been told our embryos were both male. The PGT test (Cost about $7850) said so. When we confronted Miracle, they were shocked. They said this had never happened before and dismissed our concerns. Still, we embraced the news and renamed our baby Emma. We had a beautiful gender reveal and shared our joy with family and friends. You might've seen it on TikTok.

Emma was born on January 3.

 r/gaydads · 5 mo. ago

Miracle Surrogacy vs. New Life Mexico Surrogacy - Has Anyone Had Experience with...

6 upvotes · 33 comments

r/gaydads · 6 mo. ago

I want to do surrogacy but feel guilty about it

15 upvotes · 28 comments

r/gaydads · 1 yr. ago

Surrogacy; where to begin?

12 upvotes · 27 comments

r/gaydads · 2 mo. ago

Is the surrogacy process 10x more stressful than anticipated for anyone else?

23 upvotes · 43 comments

 r/TwoXChromosomes · 6 mo. ago

What is your opinion on surrogacy?

8 upvotes · 73 comments

 r/RealUnpopularOpinion · 2 mo. ago





Home

Popular

Answers BETA

TOPICS

Internet Culture (Viral)

Games

Q&As

Technology

Pop Culture

Movies & TV

See more

RESOURCES

About Reddit

Advertise

Reddit Pro BETA

Help

Blog

Careers

Press

 Communities

 Get App | Log In

miracle, they were shocked. They said this had never happened before and dismissed our concerns. Still, we embraced the news and renamed our baby Emma. We had a beautiful gender reveal and shared our joy with family and friends. You might've seen it on TikTok.

Emma was born on January 3.

At the hospital, I noticed her skin tone was darker than expected. My husband is white. The egg donor was light-skinned. But again, we told ourselves to be happy. We were finally parents. We received custody of Emma three days later. We processed her birth certificate through the Amparo court process in Mexico. A week later, we registered her as a U.S. citizen.

But something inside us still didn't feel right.

We decided to do two DNA tests and they confirmed that Emma is not related genetically to my husband whos speem was used to create the embryos.

We told Miracle. At first, our coordinator apologized, then said there was nothing she could do. Her supervisor called us and told us to "just keep the baby and move on." He said, "What does it matter if you find out now or 15 years from now?" My husband told him to reflect on what he just said and to have a video call later as this was such a crazy response from him. We're giving them every opportunity to make it right and they failed every step of the way and still do.

They blamed the surrogate.

They never told her the truth.

We asked Miracle to do the right thing — to find out what happened to our embryos and who the real biological parents of Emma are. Their response? They offered us a free second journey in exchange for signing an NDA.

We refused.

We are now terrified. We love Emma. She is our daughter. We are ready to adopt her, and the surrogate has agreed to support this — but we have no idea what will happen now. We were given a baby that was not ours, and Miracle refuses to take accountability.

If you are: • A lawyer • A journalist • A lawmaker • A parent considering Miracle Surrogacy

Please help us. Please share this. We want answers. We want justice for Emma. And we want to know — where are our embryos?

After unsuccessful negotiation with Brian Yaden the Founder and owner of Miracle Surrogacy, we now want it to come to light what happened and everyone involved in this situation to be held accountable. They have removed me from their "Surrogacy Mexico" Facebook group to try to silence me but I will not be silenced until justice has been served.

JusticeForEmma #miraclesurrogacy #surrogacygonewrong #JusticeForEmma

**EXHIBIT "H"**

# MIRACLE Surrogacy

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

Escribir una opinión

## 4.5 ★★★★⯨ 93 opiniones ⓘ

 **Naiah Nikole Monello-Fuentes**
1 foto

★★★★★ Hace 1 día [NUEVA]

My husband and I spent a long time searching for a surrogacy agency and eventually chose Miracle Surrogacy LLC. They market themselves as a U.S. company to make Intended Parents feel safe — but in reality, it's a shell company. The operation is fully run through a web of LLCs in Mexico, allowing them to shift responsibility and dodge accountability.

We started our journey on 10/03/23. Our first payment of $36,750 was made on 1/2/24. We selected our egg donor, and she began stimulation on 1/11/24, according to Miracle. My husband deposited his sperm on 2/2/24 at Advanced Fertility Center Cancun — a clinic chosen by Miracle. That same day, we paid $1,426 for "embryo glue" to increase implantation success.

Egg retrieval happened on 2/6/24, and the next day, we were told 15 eggs were collected, 14 mature, and 10 fertilized. On 2/13/24, 4 embryos survived and were PGT tested. By 3/1/24, we were told that only 2 embryos were healthy — both male.

# MIRACLE Surrogacy

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

**Escribir una opinión**

## 4.5 ★★★★⯨  93 opiniones ⓘ

We wanted twins, so on 3/4/24 we confirmed we wanted both embryos transferred. On 3/6/24, we were told they were having trouble finding a surrogate. That continued for weeks. Then suddenly, on 4/29/24, a surrogate was assigned and we were told the transfer would happen within a week.

But here's where the timeline starts to break.

On 5/6/24, we signed the surrogate agreement and were told the embryo transfer happened that same day.

Then came the pregnancy updates. On 5/20/24, 14 days after implantation, we were told we were pregnant — after two confirmatory tests. We were cautiously thrilled. On 5/27/24, they said the baby was measuring 5.3 weeks, when by our count, it should've only been 3 weeks post-implantation. When we asked about the discrepancy, we were told embryos developed faster in lab-grown pregnancies — which didn't sit right with us, but we let it go and celebrated.

We named him Max.

On 6/24/24, we were told the baby was now 9 weeks old — again, the math didn't add up. We traveled

# MIRACLE Surrogacy

Escribir una opinión

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

## 4.5 ★★★★⯪ 93 opiniones ⓘ

On 6/24/24, we were told the baby was now 9 weeks old — again, the math didn't add up. We traveled to Cancun on 9/4/24 to meet our surrogate for the first time — with a Miracle coordinator monitoring the entire meeting. We were never allowed direct communication with our surrogate or doctors throughout the journey.

Then, the bombshell: the surrogate told us the baby was a girl.

We had already been told our embryos were both male. The PGT test (Cost about $7850) said so. When we confronted Miracle, they were shocked. They said this had never happened before and dismissed our concerns. Still, we embraced the news and renamed our baby Emma. We had a beautiful gender reveal and shared our joy with family and friends. You might've seen it on TikTok.

Emma was born on January 3.

At the hospital, I noticed her skin tone was darker than expected. My husband is white. The egg donor was light-skinned. But again, we told ourselves to be happy. We were finally parents. We received custody of Emma three days later. We processed her birth certificate through the Amparo court process in Mexico. A week later, we registered her as a U.S. citizen.

# MIRACLE Surrogacy

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

Escribir una opinión

4.5  93 opiniones

custody of Emma three days later. We processed her birth certificate through the Amparo court process in Mexico. A week later, we registered her as a U.S. citizen.

But something inside us still didn't feel right.

We decided to do two DNA tests and they confirmed that Emma is not related genetically to my husband whos speem was used to create the embryos.

We told Miracle.

They blamed the surrogate.

They never told her the full truth.

We asked Miracle to do the right thing — to find out what happened to our embryos and who the real biological parents of Emma are. Their response? They offered us a free second journey in exchange for signing an NDA.

They offered us a LIMITED second journey with egg retrieval and two embryo transfers in exchange for

**EXHIBIT "I"**






**miraclesurrogacynightmare**  Follow  •••

**2** posts  **6** followers  **0** following

**Naiah Nikole**
Surrogacy Awareness & first hand International Experience with Miracle Surrogacy turned Surrogacy Nightmare.

⊞ POSTS  ⧉ REELS  ⊚ TAGGED



Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

English ⌄  © 2025 Instagram from Meta

**EXHIBIT "J"**

From: **Aymeric Monello-Fuentes** <aymericmonello@gmail.com>
Date: Fri, Mar 28, 2025 at 12:21 AM
Subject: Re: Standing United with you - Miracle Surrogacy and Mr. & Mrs. Monello-Fuentes
To: Brian Yaden <brian@miraclesurrogacy.com>
Cc: <naiah@me.com>

Hey Brian,

Perhaps I wasn't very clear in my last email, so I'll do my best to lay it out for you.

We engaged your company, Miracle Surrogacy, to assist us in conceiving a child using my genetic material and an egg donor. We ended up with a child genetically unrelated to me. If this was the outcome we wanted, we would have gone the adoption route, saved the $100,000 this journey cost us, and avoided the emotional damage it's causing.

At this point, what we want is for you to do the right thing so that:
1. You support your client (us) in this terrible situation, and
2. You prevent this from happening again.

By that, we mean you acknowledge that your process is broken and must be fixed.

This was entirely preventable had certain measures been in place. We now know the surrogate had another (failed, according to your agency) journey about a month before ours. We know she was pregnant at the time of the embryo transfer—clinic data shows a date of conception as April 17, and the embryo transfer occurred on May 6. This means either the clinic impregnated the surrogate during the previous procedure, or she became pregnant before the embryo transfer. Either way, the clinic failed to perform a pregnancy test beforehand and failed to detect that a two-week sac was already

present. As a result, both of our male embryos were lost—or if they weren't, where are they?

Your company, being our only point of contact, failed to ensure that these critical checks were performed by the clinic, you partner.

You can fix this issue by implementing a NIPP test as a standard for every journey, on top of performing a pregnancy test on the same day as the embryo transfer and verifying the presence or absence of a sac. This would prevent embryos from being implanted into women who are already pregnant—as happened in our case—and give all parties the ability to make informed choices in the event a tragic situation like this occurs again.

If it is discovered that the IP is not the biological father and/or the surrogate is the biological mother, she should have the option to either interrupt the pregnancy at her cost or carry it to term at her cost. The IPs can then decide whether to adopt the baby after birth—especially since traditional surrogacy is illegal in Mexico. Likewise, if there's an embryo mix-up, the IPs can choose to adopt or terminate.

This does not account for gross negligence or malpractice by the clinic, which only you and the clinic would know about— since you control the flow of information. That's exactly why these preventative steps are critical in the first place.

Now that we've addressed how you can fix #2 (preventing this from happening again), let's talk about #1 (supporting your client—us—in this terrible situation). Again, we are your clients, and you guaranteed that this situation could not happen. You guaranteed it in your contracts, on your website, and in your marketing. You should now assist us financially in raising Emma, who didn't ask for any of this and, besides us and the egg donor, is the only innocent party in this entire outcome. You, your company, the clinic, the law firm, and potentially the surrogate are all responsible for how things got to this point.

Before even considering next steps, the surrogate must take a DNA test. If the child is genetically related to her, she

Before even considering next steps, the surrogate must take a DNA test. If the child is genetically related to her, she should be given the choice to keep the child or not. That is not your decision to make—you are not God. You do not get to decide who keeps the child. That is a decision for the biological and legal parents.

Let me break down each party's responsibility to make this crystal clear:

You. As the head of the company, leadership comes with responsibility. You are accountable for your team's actions—or lack thereof.

Your company. Your team ignored the multiple red flags we raised throughout the journey: discrepancies in the due date, differences in fetal sex during the structural ultrasound. These should have triggered immediate concern and a NIPP test. But, as seems to be your company's standard practice, they were swept under the rug as "non-relevant."

The clinic. They are responsible for accuracy, safety, and proper handling of genetic material and embryos. Failing to test for pregnancy before transfer and failing to detect an existing pregnancy is gross negligence.

The law firm. They filed the Amparo without verifying the child's genetic origins, falsely declaring the surrogate was not the biological mother. An additional step is clearly needed to confirm this, even if it doesn't prevent embryo mix-ups—it at least ensures legal filings aren't based on false information.

The fact that you're trying to sweep this under the rug—using scare tactics and emotional manipulation—suggests this may not be the first time. You may think your connections shield you from consequences, but you're gravely mistaken.

This can go two ways:
1. We work together. You assist us financially in raising Emma if the biological parents allow us to keep her. We don't have to—we want to, because it's the right thing. If you take responsibility and fix your process, we would even consider doing another journey with your company to show good faith. We'd be willing to sign an NDA to protect your reputation. We wan

to—we want to, because it's the right thing. If you take responsibility and fix your process, we would even consider doing another journey with your company to show good faith. We'd be willing to sign an NDA to protect your reputation. We want to believe you started Miracle Surrogacy to help people—but the way you've handled this has made it feel like a profit-driven factory, with no respect for life or the people involved.

2. You refuse. If you choose not to fix your process or help us support Emma, we will expose all parties involved to the appropriate authorities on both sides of the border. We'll use every channel—news media, government agencies, social media—to make sure this never happens to anyone again. We have no fear of consequences, even if it means Emma is temporarily taken from us. We'll fight to keep her—or get her back—legally, with the biological parents' blessing if they can be found.

Right now, you don't even know who the biological mother or father is, and yet you're making decisions about this child's future without investigating further. That should keep you up at night.

We've given you multiple opportunities to make this right. This is your last chance. Either you take responsibility and support us and Emma—the true victims here—or you continue pretending you're untouchable. Your disdain for human life is appalling. Like you said, there's no point going back and forth. If you consider yourself a victim of the clinic or surrogate, that's your fight to take up—not ours. You made it clear we were only to communicate through you. That makes you responsible.

You control the flow of information from the partners you've chosen. It's clear much of it wasn't shared transparently—

You control the flow of information from the partners you've chosen. It's clear your profit isn't shared transparently—especially medical records. You previously claimed that in 10 years, the clinic had never made a mistake. That's false. We know of at least one case where the wrong embryo was implanted, and you offered the IPs a discounted journey to cover it up. We've heard of other sex mix-ups, too. Is it really a 2% error rate? Or are those children the result of mistakes—or the surrogate's own pregnancies?

To put it into perspective—when a general contractor is responsible for a project, and a subcontractor screws up, the GC is still liable. You're the GC here. Wake up.

Let me say this again: either you do the right thing, and we'll be the last people this happens to, or you stand your ground, and we will share our story and ensure no one else is harmed.

The status quo is not an option. Life as you knew it is over—we will not allow you to keep operating this way.

The choice is yours. Our original deadline of Monday, March 31 still stands. If we don't hear from you, we will proceed accordingly. We are relentless. We will do whatever is necessary to make this right—for us, for Emma, and for everyone else involved in your process.

This is our last outreach. This is the final olive branch we're extending. We are still offering you a way to do the right thing. We strongly advise you to take your time, consult your attorney, and respond thoughtfully.

Your stubbornness will be your downfall.
Do the right thing.

Aymeric & Naiah

On Mon, Mar 24, 2025 at 9:36 PM Brian Yaden <brian@miraclesurrogacy.com> wrote:

Hello.

Sorry to hear you have taken this route.  My previous offer is firm.  We have zero responsibility for this situation, if it is correct.  None.  We are a matchmaking service bringing together IPs, surrogates and egg donors and clinics. And we provide customer service during a pregnancy.  As you agreed in your contract, we also have no liability for any  medical outcomes whatsoever.   Incidentally as an LLC we do not have any assets by the way neither in the US nor in Mexico (as you know we keep our costs very low to make our programs affordable for everyone, so margins are razor thin, just enough to keep things going and to pay our team).  We font have the kind of money you are demanding.  And no responsibility to pay for anything either.   We did nothing wrong.   We are also not suggesting any immigration fraud.  As i noted before, everyone acted in good faith when you applied for citizenship.    There is no requirement as I can see to make any notifications about any doubts later after the fact. So this is not fraud.  We would never suggest doing anything illegal.  As mentioned numerous times, everyone acted in good faith.

Also, we have zero responsibility for what a surrogate may or may not do.   We educate them.  We give them the rules and restrictions. So does the clinic.  We cannot lock them up during an embryo transfer.   That is just not reasonable.

We have checked with the clinic who handled your case and all standards were followed perfectly.  So no mistakes there either.  Contact them directly if you wish.   They will tell you the same thing.  Miracle does not

handle genetic material. Either way, the clinic exceeded all international standards about their handling of generic material.

Our contract is solid. We have no obligations here. My offer to assist was sincere and kind and remains the same. As a courtesy, and not as a result of any legal obligation or otherwise, we are happy to help you with another program with an egg collection and two embryo transfers. That's it. And only if you sign a NDA prepared by our attorneys. Miracle did nothing wrong here. And we have nothing more to add. If we spend any funds on legal fees or if any damage is done to our reputation for this situation which is clearly not our fault , as I said before we will be unable to offer any assistance at all. I also will not engage in an endless back and forth about this.

So hopefully you can value that we are also a victim here, if this is indeed accurate and if it is, the only possibility would be about the surrogate (and the contract with her about this journey is between you and her, not miracle). So if she breached the contract you would need to pursue her.

There will be no additional offers from us. We dont have any obligations here. We are just trying to help you. Perhaps you should consider asking the surrogate to do a DNA test? We are happy to help in any way we can, not exceeding what has already been offered.

We are your advocates. We are on the same team here. The clinic did nothing wrong and we certainly didnt either. If you have any other suggestions, we are happy to hear them. We are being kind enough as a courtesy to offer you a free egg collection and two embryo transfers with a NDA. To be helpful and show you we care. We dont have to do that. So lets stay on the same team. And move forward together.

same. As a courtesy, and not as a result of any legal obligation or otherwise, we are happy to help you with another program with an egg collection and two embryo transfers. That's it. And only if you sign a NDA prepared by our attorneys. Miracle did nothing wrong here. And we have nothing more to add. If we spend any funds on legal fees or if any damage is done to our reputation for this situation which is clearly not our fault , as I said before we will be unable to offer any assistance at all. I also will not engage in an endless back and forth about this.

So hopefully you can value that we are also a victim here, if this is indeed accurate and if it is, the only possibility would be about the surrogate (and the contract with her about this journey is between you and her, not miracle). So if she breached the contract you would need to pursue her.

There will be no additional offers from us. We dont have any obligations here. We are just trying to help you. Perhaps you should consider asking the surrogate to do a DNA test? We are happy to help in any way we can, not exceeding what has already been offered.

We are your advocates. We are on the same team here. The clinic did nothing wrong and we certainly didnt either. If you have any other suggestions, we are happy to hear them. We are being kind enough as a courtesy to offer you a free egg collection and two embryo transfers with a NDA. To be helpful and show you we care. We dont have to do that. So lets stay on the same team. And move forward together.

I am sure this will work out if we do.

Brian

**EXHIBIT "B"**

11:41

<

 **Naiah Nikole** updated the description.    •••

◆ Admin · 3d · 🌐

Justice for Baby Emma: Hold Miracle Surrogacy Accountable

This group is for families, advocates, and allies seeking justice after a heartbreaking surrogacy experience involving Miracle Surrogacy LLC. We were promised a safe, transparent process — but instead were misled, denied access to basic medical records, and ultimately handed a child who is not biologically ours. Miracle Surrogacy refuses to take accountability and offered us a new journey only in exchange for our silence.

We are here to:
 • Share the full truth about what happened to Baby Emma
 • Demand answers about the fate of our embryos
 • Connect with others who may have had similar experiences
 • Push for legal, media, and government action to protect families and surrogates alike

If you're a lawyer, journalist, lawmaker, or affected family — join us. Emma deserves the truth. So do we. #miraclesurrogacy #advancedfertilitycentercancun #surrogacymexico #cancunsurrogacy #justiceforemma

_____

Justicia para la Bebé Emma: Que Miracle Surrogacy Rinda Cuentas

**EXHIBIT "C"**

Home   Videos   Shorts   Podcasts   Playlists   Posts

Latest   Popular   Oldest



La Verdad está en los Archivos Médicos
149 views • 1 day ago



Surrogacy Nightmare: The Truth in the Records
261 views • 2 days ago



Miracle Surrogacy & Advanced Fertility Center Cancun Review : Update 1
704 views • 4 days ago



President: Claudia Sheinbaum
1K views • 7 days ago



Miracle Surrogacy Nightmare : Baby NOT Genetically OURS
555 views • 7 days ago



Transsexuals: A Patient For Life
3.5K views • 1 month ago



Surviving Newborn Night Shifts - Our 12 Hour Shift Routine!
2K views • 2 months ago



Surrogacy Mexico: Pregnancy, Surrogate Contact & Birth
3.3K views • 2 months ago



Post Op View | What Is A Woman? | Tea Time With The T-Girls | S01EP5



What TRANSSEXUALS want in a MAN, The MEN who LOVE the girls & More... | S01EP4

First Time Going Out As A Woman | Tea Time With The T-Girls | S01EP3



How It Feels to have Sex with a Post Op

**EXHIBIT "D"**



A Mexican baby girl was recently conceived in Cancun, Quintana Roo, Mexico, through a Florida-



based limited liability company
, Miracle Surrogacy, founded and operated by





what can only be described as
gross negligence and potential medical malpractice: they transferred



and Mexico City.  They have been responsible for the creation of hundreds of babies without verifying that



they are biologically related to the intended parents who hire them.  In partnership





We were pressured to continue a process built on deception. We were never



President: Claudia Sheinbaum

human trafficking, using a Mexican citizen to "create" children and deceive the



and would unfairly damage Miracle's reputation.  Furthermore, publicizing this issue would



Miracle Surrogacy and Brian Yaden's only response has been for us to keep this



Fertility Center Cancún, Miracle Surrogacy and Brian Yaden to clarify the facts.    We



are aware of another case where



another couple's embryo was implanted incorrectly.  Out of respect for their privacy, we will not reveal their names,

**EXHIBIT "E"**



**@naiahnikoleofficial** 3 hours ago

@diakim753 Yeah I read his email and thought... WHAT.... THE.... F....... But then after getting multiple people coming forward to explain to me his Motto... I understood what he acted and responded to this situation the way he did... by he... I mean Brian Yaden.

👍 👎  **Reply**

**COMPOSITE EXHIBIT "F"**





**EXHIBIT "G"**







r/MexicoSurrogacyReview · 5 days ago
NaiahNikole

## Mexico Surrogacy: Miracle Surrogacy Nightmare

My husband and I spent a long time searching for a surrogacy agency and eventually chose Miracle Surrogacy LLC. They market themselves as a U.S. company to make Intended Parents feel safe — but in reality, it's a shell company. The operation is fully run through a web of LLCs in Mexico, allowing them to shift responsibility and dodge accountability.

We started our journey on 10/03/23. Our first payment of $36,750 was made on 1/2/24. We selected our egg donor, and she began stimulation on 1/11/24, according to Miracle. My husband deposited his sperm on 2/2/24 at Advanced Fertility Center Cancun — a clinic chosen by Miracle. That same day, we paid $1,426 for "embryo glue" to increase implantation success.

Egg retrieval happened on 2/6/24, and the next day, we were told 15 eggs were collected, 14 mature, and 10 fertilized. On 2/13/24, 4 embryos survived and were PGT tested. By 3/1/24, we were told that only 2 embryos were healthy — both male.

We wanted twins, so on 3/4/24 we confirmed we wanted both embryos transferred. On 3/6/24, we were told they were having trouble finding a surrogate. That continued for weeks. Then suddenly, on 4/29/24, a surrogate was assigned and we were told the transfer would happen within a week.

But here's where the timeline starts to break.

On 5/6/24, we signed the surrogate agreement and were told the embryo transfer happened that same day.

Then came the pregnancy updates. On 5/20/24, 14 days after implantation, we were told we were pregnant — after two confirmatory tests. We were cautiously thrilled. On 5/27/24, they said the baby was measuring 5.3 weeks, when by our count, it should've only been 3 weeks post-implantation. When we asked about the discrepancy, we were told embryos developed faster in lab-grown pregnancies — which didn't sit right with us, but we let it go and celebrated.

We named him Max.

On 6/24/24, we were told the baby was now 9 weeks old — again, the math didn't add up. We traveled to Cancun on 9/4/24 to meet our surrogate for the first time — with a Miracle coordinator monitoring the entire meeting. We were never allowed direct communication with our surrogate or doctors throughout the journey.

Then, the bombshell: the surrogate told us the baby was a girl.

We had already been told our embryos were both male. The PGT test (Cost about $7850) said so. When we confronted Miracle, they were shocked. They said this had never happened before and dismissed our concerns. Still, we embraced the news and renamed our baby Emma. We had a beautiful gender reveal and shared our joy with family and friends. You might've seen it on TikTok.

Emma was born on January 3.

### New to Reddit?

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/gaydads · 5 mo. ago

Miracle Surrogacy vs. New Life Mexico Surrogacy - Has Anyone Had Experience with...

6 upvotes · 33 comments

r/gaydads · 6 mo. ago

I want to do surrogacy but feel guilty about it

15 upvotes · 28 comments

r/gaydads · 1 yr. ago

Surrogacy; where to begin?

12 upvotes · 27 comments

r/gaydads · 2 mo. ago

Is the surrogacy process 10x more stressful than anticipated for anyone else?

23 upvotes · 43 comments

r/TwoXChromosomes · 6 mo. ago

What is your opinion on surrogacy?

8 upvotes · 73 comments

r/RealUnpopularOpinion · 2 mo. ago

miracle, they were shocked. They said this had never happened before and dismissed our concerns. Still, we embraced the news and renamed our baby Emma. We had a beautiful gender reveal and shared our joy with family and friends. You might've seen it on TikTok.

Emma was born on January 3.

At the hospital, I noticed her skin tone was darker than expected. My husband is white. The egg donor was light-skinned. But again, we told ourselves to be happy. We were finally parents. We received custody of Emma three days later. We processed her birth certificate through the Amparo court process in Mexico. A week later, we registered her as a U.S. citizen.

But something inside us still didn't feel right.

We decided to do two DNA tests and they confirmed that Emma is not related genetically to my husband whos speem was used to create the embryos.

We told Miracle. At first, our coordinator apologized, then said there was nothing she could do. Her supervisor called us and told us to "just keep the baby and move on." He said, "What does it matter if you find out now or 15 years from now?" My husband told him to reflect on what he just said and to have a video call later as this was such a crazy response from him. We're giving them every opportunity to make it right and they failed every step of the way and still do.

They blamed the surrogate.

They never told her the truth.

We asked Miracle to do the right thing — to find out what happened to our embryos and who the real biological parents of Emma are. Their response? They offered us a free second journey in exchange for signing an NDA.

We refused.

We are now terrified. We love Emma. She is our daughter. We are ready to adopt her, and the surrogate has agreed to support this — but we have no idea what will happen now. We were given a baby that was not ours, and Miracle refuses to take accountability.

If you are: • A lawyer • A journalist • A lawmaker • A parent considering Miracle Surrogacy

Please help us. Please share this. We want answers. We want justice for Emma. And we want to know — where are our embryos?

After unsuccessful negotiation with Brian Yaden the Founder and owner of Miracle Surrogacy, we now want it to come to light what happened and everyone involved in this situation to be held accountable. They have removed me from their "Surrogacy Mexico" Facebook group to try to silence me but I will not be silenced until justice has been served.

JusticeForEmma #miraclesurrogacy #surrogacygonewrong #JusticeForEmma

**EXHIBIT "H"**

# MIRACLE Surrogacy

Escribir una opinión

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

4.5 93 opiniones



**Naiah Nikole Monello-Fuentes**
1 foto




My husband and I spent a long time searching for a surrogacy agency and eventually chose Miracle Surrogacy LLC. They market themselves as a U.S. company to make Intended Parents feel safe — but in reality, it's a shell company. The operation is fully run through a web of LLCs in Mexico, allowing them to shift responsibility and dodge accountability.

We started our journey on 10/03/23. Our first payment of $36,750 was made on 1/2/24. We selected our egg donor, and she began stimulation on 1/11/24, according to Miracle. My husband deposited his sperm on 2/2/24 at Advanced Fertility Center Cancun — a clinic chosen by Miracle. That same day, we paid $1,426 for "embryo glue" to increase implantation success.

Egg retrieval happened on 2/6/24, and the next day, we were told 15 eggs were collected, 14 mature, and 10 fertilized. On 2/13/24, 4 embryos survived and were PGT tested. By 3/1/24, we were told that only 2 embryos were healthy — both male.

# MIRACLE Surrogacy

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

**4.5** ★★★★½  93 opiniones  ⓘ

Escribir una opinión

We wanted twins, so on 3/4/24 we confirmed we wanted both embryos transferred. On 3/6/24, we were told they were having trouble finding a surrogate. That continued for weeks. Then suddenly, on 4/29/24, a surrogate was assigned and we were told the transfer would happen within a week.

But here's where the timeline starts to break.

On 5/6/24, we signed the surrogate agreement and were told the embryo transfer happened that same day.

Then came the pregnancy updates. On 5/20/24, 14 days after implantation, we were told we were pregnant — after two confirmatory tests. We were cautiously thrilled. On 5/27/24, they said the baby was measuring 5.3 weeks, when by our count, it should've only been 3 weeks post-implantation. When we asked about the discrepancy, we were told embryos developed faster in lab-grown pregnancies — which didn't sit right with us, but we let it go and celebrated.

We named him Max.

On 6/24/24, we were told the baby was now 9 weeks old — again, the math didn't add up. We traveled

# MIRACLE Surrogacy

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México

Escribir una opinión

4.5 ★★★★⯪  93 opiniones ⓘ

On 6/24/24, we were told the baby was now 9 weeks old — again, the math didn't add up. We traveled to Cancun on 9/4/24 to meet our surrogate for the first time — with a Miracle coordinator monitoring the entire meeting. We were never allowed direct communication with our surrogate or doctors throughout the journey.

Then, the bombshell: the surrogate told us the baby was a girl.

We had already been told our embryos were both male. The PGT test (Cost about $7850) said so. When we confronted Miracle, they were shocked. They said this had never happened before and dismissed our concerns. Still, we embraced the news and renamed our baby Emma. We had a beautiful gender reveal and shared our joy with family and friends. You might've seen it on TikTok.

Emma was born on January 3.

At the hospital, I noticed her skin tone was darker than expected. My husband is white. The egg donor was light-skinned. But again, we told ourselves to be happy. We were finally parents. We received custody of Emma three days later. We processed her birth certificate through the Amparo court process in Mexico. A week later, we registered her as a U.S. citizen.

# MIRACLE Surrogacy

Sach Offices, Calle Acanceh Manzana 2 Lote 3-Piso 3, 77504 Cancún, Q.R., México



4.5 ★★★★★ 93 opiniones ⓘ

Escribir una opinión

custody of Emma three days later. We processed her birth certificate through the Amparo court process in Mexico. A week later, we registered her as a U.S. citizen.

But something inside us still didn't feel right.

We decided to do two DNA tests and they confirmed that Emma is not related genetically to my husband whos speem was used to create the embryos.

We told Miracle.

They blamed the surrogate.

They never told her the full truth.

We asked Miracle to do the right thing — to find out what happened to our embryos and who the real biological parents of Emma are. Their response? They offered us a free second journey in exchange for signing an NDA.

They offered us a LIMITED second journey with egg retrieval and two embryo transfers in exchange for

**EXHIBIT "I"**

Log In

Sign Up



**miraclesurrogacynightmare**   Follow   •••

**2** posts     **6** followers     **0** following

**Naiah Nikole**
Surrogacy Awareness & first hand International Experience with Miracle Surrogacy turned Surrogacy Nightmare.

⊞ POSTS        ▷ REELS        ⊗ TAGGED



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2025 Instagram from Meta

**EXHIBIT "J"**



< ◼️🎨 Justice for Baby Emma    🔍 •••

**Aymeric Monello-Fuentes** ✔
◆ Administrador · 5 h · 🌐

Reported to the FTC as well. Again, companies like Miracle should not be allowed to operate under little to no government oversight when it comes to creating human lives, especially when they influence victims to stay silent in exchange for creating more possible child laundering situations.... Ver más

> FEDERAL TRADE COMMISSION
> ReportFraud.ftc.gov
>
> Report submitted! Thank you for helping our work to protect consumers.

👍❤️ 3

👍 Me gusta    💬 Comentar    📞 Enviar    ↪ Compartir

**Aymeric Monello-Fuentes** ✔
◆ Administrador · 5 h · 🌐

Miracle's practices have been reported to the FBI today. We will not be silenced. Unethical practices have to be stopped.

> **FBI** FEDERAL BUREAU OF INVESTIGATION
>
> Electronic Tip Form
>
> ✅
>
> Submission Successful

❤️ 6

👍 Me gusta    💬 Comentar    📞 Enviar    ↪ Compartir

🏠 Inicio    ▶️ Video    🔖 Marketplace    ⊗ Grupos    🔔 Notificaciones    Menú

**EXHIBIT "K"**



‹ **Justice for Baby Emma**
◆ Administrador  Naiah Nikole · 1 día · 🌐                    ···

# Surrogate Update:

## The surrogate is the biological mother.

👍 Me gusta      💬 Comentar      🔵 Enviar      ↪ Compartir

😮😲🥺 30

Más relevantes ~

**Itala Ficocello**
Was she part of the scam?

23 h   Me gusta   Responder                           2 🔵

> **Naiah Nikole** ✎ Autor  ◆ Administrador
> Itala Ficocello I don't know what to believe.
> She has now stopped communicating with us
> so maybe 🫤
>
> 9 h   Me gusta   Responder                      2 🥺
>
> > **Itala Ficocello**
> > Naiah Nikole omg I'm so sorry 😔
> >
> > 9 h   Me gusta   Responder
> >
> > 🔘 Escribe una respuesta...
>
> 🔘 Escribe una respuesta...

**Autumn Leigh**
Omg 😳 how did that happen I thought they
transfer wrong embryo or used wrong sperm I
can't believe she's actually the bio mom I'm so
sorry to hear this

📷  Comentar como Christian Reyn...  😂 GIF 🙂

**EXHIBIT "L"**

13:11 🔕　　　　　　　.ill 5G 🔋

 **Justice for Baby Emma · Unirte**
🔷 Administrador　Naiah Nikole · 3 días · 🌐　　　•••

 **Margaret Hiland**
This is crazy. I found you on Reddit and clicked your link. I've been researching surrogacies in Mexico and had a consult over the phone on Friday last week. My husband and I are/were super excited. Now I'm so confused.
I have other agencies lined up for video calls... but Miracle was our top choice so far.
I didn't like that he said they don't typically do DNA tests. They also said she has to be single and not married. We were happy to hear that she makes two years salary from carrying a baby.. so we were happy that not only would be getting a child but helping a family as well .
So now what! We can't afford surrogacy in USA. It's insanely expensive. And 99% of the USA agencies we have talked to flat out said they normally work with millionaires.
I know everyone business has bad reviews.. but this is very bad.
I am so lost now. This is heartbreaking.

15 h　**Me gusta**　**Responder**



**Justice for Baby Emma · Unirte**

✪ **Administrador**   Naiah Nikole · 3 días · 🌐   • • •



**Chelsey Gibbs · Seguir**

I am literally beyond sick. I was ready to sign and pay them and ship our last precious embryo from Atlanta to use with their GC. My RE in Atlanta was very concerned about us going this route... my husband was extremely concerned about something like what has happened here happening as well. Since I was facing so much concern from them and basically anyone I opened up to about this I decided to wait a year... now seeing this I am just heart broken and shocked. How is this not human trafficking??? Who are her parents and where are your embryos? Did someone else get your babies and/or your husband's sperm? I am beyond sorry this has happened...the company should be held responsible and there should be criminal charges honestly. Absolutely horrifying.

6 h   **Me gusta**   **Responder**