**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-21575-BLOOM/Elfenbein**

MIRACLE SURROGACY, LLC,
a Florida limited liability company,
MIRACLE SURROGACY OF MEXICO, LLC
a Florida limited liability company, and
BRIAN YADEN LUNA,
an individual

    Plaintiffs,

vs.

NAIAH NIKOLE MONELLO-FUENTES,
an individual

    Defendant.

_____/

**NOTICE OF STRIKING (ECF 11)**

  PLEASE TAKE NOTICE that pursuant to the Clerk's Notice to Filer (ECF 12) the undersigned hereby strikes the previously filed Notice of Change of Address, Email, and Law Firm Name (ECF 11) filed on April 17, 2025, due to a CM/ECF Administrative Procedures violation. Specifically, the document was e-filed using the CM/ECF login of Jason Eric Rosen, while the signature block on the document identifies Jennifer Triana as the filing attorney, in violation of Section 3J(1) of the CM/ECF Administrative Procedures and Local Rule 5.1(b). A corrected filing will be submitted in compliance with the applicable rules.

Dated: April 17, 2025								Respectfully submitted,

**Ontier Miami, PLLC**

201 S. Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 305.913.8989
Facsimile: 786.808.4312
Email: jerosen@ontier.net

By:	*s/*Jason E. Rosen
	JASON E. ROSEN, ESQ.
	Florida Bar No.: 96118

*Counsel for Plaintiffs*
*Miracle Surrogacy, LLC,*
*Miracle Surrogacy of Mexico, LLC and*
*Brian Yaden Luna*