## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-21575-BLOOM/Elfenbein

MIRACLE SURROGACY, LLC,
MIRACLE SURROGACY OF MEXICO, LLC
BRIAN YADEN LUNA

      Plaintiffs,

v.

NAIAH NIKOLE MONELLO-FUENTES
and AYMERIC MONELLO,

      Defendants.

_____/

### ORDER TO FILE PROOF OF SERVICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1] Plaintiff filed this action on April 4, 2025, *see* ECF No. [1], generating a **July 3, 2025**, service deadline. Summonses have been issued as to all Defendants, *see* ECF Nos. [3], [10], but service has not been perfected. Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendants, Plaintiff shall file proof of such service with the Court. Failure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice.

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

Case No. 25-cv-21575-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 8, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record