# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 25-CV-21575-BLOOM/ELFENBEIN

MIRACLE SURROGACY LLC, et al.,

    Plaintiffs,

vs.

NAIAH NIKOLE MONELLO-FUENTES, et al.,

    Defendants
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

    COMES NOW, the Plaintiffs, MIRACLE SURROGACY, LLC, MIRACLE SURROGACY OF MEXICO, LLC, and BRIAN YADEN LUNA (collectively, the "Plaintiffs"), and Defendants, NAIAH NIKOLE MONELLO-FUENTES and AYMERIC MONELLO (collectively, the "Defendants"), (the Plaintiffs and Defendants are collectively referred to herein as the "Parties"), jointly, by and through their respective undersigned counsel, hereby submit their Joint Notice of Pending Settlement:

    The Court is hereby advised that the parties have agreed to resolve this case pursuant to a settlement. The parties are in the process of finalizing the settlement. Upon completion, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 60 days.

Dated: February 13, 2026　　　　　　　　　　　　　　　　　　Respectfully submitted,

99147\328099349.v1

Case No. 25-CV-21575-BLOOM/ELFENBEIN

*s/ Jason E. Rosen*
HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Blvd
10th Floor, Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Jason E. Rosen, Esq.
Florida Bar No. 96118
jrosen@hinshawlaw.com
mislacalleiro@hinshawlaw.com
*Counsel for Plaintiffs Miracle Surrogacy, LLC, Miracle Surrogacy of Mexico, LLC and Brian Yaden Luna*


*s/ W Mason*
FOX ROTHSCHILD, LLP
777 S. Flagler Drive, Suite 1700
West Palm Beach, FL
Tel.: (561) 804-4440/(561)835-9602
W Scott Mason, Esq.
Florida Bar No. 66229
Email: WMason@foxrothschild.com
Kaitlyn Kelley Brenner, Esq.
Email: kbrenner@foxrothschild.com

*Counsel for Defendants Naiah Nikole Monello-Fuentes and Aymeric Monello*


*s/Stephen E. Knoerr*
KNOERR & EMANUEL, P.A.
14 Rose Drive
Fort Lauderdale, Florida 33316
Stephen E. Knoerr, Esq.
Florida Bar No. 570151
Telephone: (954) 524-1886
Facsimile: (954) 524-1886
Email: sknoerr@kefirm.com
pcelentano@kefirm.com
tshore@kefirm.com
*Counsel for Defendants Naiah Nikole Monello-Fuentes and Aymeric Monello*

2

Case No. 25-CV-21575-BLOOM/ELFENBEIN

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will serve an electronic copy upon all counsel of record on the Service List below.

*s/ Jason E. Rosen*
Jason E. Rosen

# SERVICE LIST

Fox Rothschild, LLP
777 S. Flagler Drive, Suite 1700
West Palm Beach, FL
Tel.: (561) 804-4440/(561)835-9602
W Scott Mason, Esq.
Email: WMason@foxrothschild.com
Kaitlyn Kelley Brenner, Esq.
Email: kbrenner@foxrothschild.com

*Counsel for Defendants Naiah Nikole Monello-Fuentes and Aymeric Monello*

Knoerr & Emanuel, P.A.
14 Rose Drive
Fort Lauderdale, Florida 33316
Stephen E. Knoerr
Telephone: (954) 524-1886
Facsimile: (954) 524-1886
Email: sknoerr@kefirm.com
        pcelentano@kefirm.com
        tshore@kefirm.com

*Counsel for Defendants Naiah Nikole Monello-Fuentes and Aymeric Monello*